# Exhibit "C"

# State Court File

29716202 v2

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: CHRISTY MEDLIN**

alacourt.com

County: **35**   Case Number: **CV-2017-900034.00**   Court Action:
Style: **EVA PAUL V. WEST ROCK**

Real-Time

## Case

### Case Information

| | | |
|---|---|---|
| County: 35-GREENE | Case Number: CV-2017-900034.00 | Judge: -EH:HON. EDDIE HARDAWAY |
| Style: EVA PAUL V. WEST ROCK | | |
| Filed: 05/16/2017 | Case Status: ACTIVE | Case Type: NEGLIGENCE-GENERAL |
| Trial Type: BENCH | Track: | Appellate Case: 0 |
| No of Plaintiffs: 1 | No of Defendants: 1 | |

### Damages

| | | |
|---|---|---|
| Damage Amt: 0.00 | Punitive Damages: 0.00 | General Damages: 0.00 |
| No Damages: | Compensatory Damages: 0.00 | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: 0 | Num of Liens: 0 | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: 05/22/2017 | Updated By: DER |

## Settings

### Settings

| | Date | Que. | Time: | Description: |
|---|---|---|---|---|
| 3 | 08/17/2017 | 002 | 01:00 PM | PTRC - PRETRIAL CONFERENCE |

## Parties

**Party 1 - Plaintiff INDIVIDUAL - PAUL EVA**

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | PAUL EVA | | | Type: | I-INDIVIDUAL |
| Index: | D WEST ROCK | Alt Name: | | Hardship: | No | JID: | -EH |
| Address 1: | 1 CHASE CORPORATE DRIVE | | | Phone: | (205) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35244-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | Arrest Date: | |
| Warrant Action Date: | Warrant Action Status: | Status Description: | |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | | Reissue Type: | | |
| Return: | Return Type: | Return: | | Return Type: | | |
| Served: | Service Type | Service On: | | Served By: | | |
| Answer: | Answer Type: | Notice of No Service: | | Notice of No Answer: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BRO212 | | BROOKS GERALD CLARK | GERALDBROOKS.LAW@ATT.NET | (205) 206-7070 |

## Party 2 - Defendant BUSINESS - WEST ROCK

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | WEST ROCK | | | Type: | B-BUSINESS |
| Index: | C PAUL EVA | Alt Name: | | Hardship: | No | JID: | -EH |
| Address 1: | C/O CORPORATIONSERVICECO. | | | Phone: | (205) 000-0000 | | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | Arrest Date: | |
| Warrant Action Date: | Warrant Action Status: | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 05/16/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: 05/19/2017 | Service Type C-CERTIFIED MAIL | Service On: | | Served By: | |

| Answer: | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

#### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $15.89 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $351.00 | $351.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $396.00 | $411.89 | -$15.89 | $0.00 | |

#### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/2017 | CREDIT | CONV | 2017153 | 323320 | $15.89 | C001 | 000 | | N | | | MAA |
| 05/18/2017 | RECEIPT | CV05 | 2017153 | 323330 | $351.00 | C001 | 000 | | N | | | MAA |
| 05/18/2017 | RECEIPT | VADM | 2017153 | 323340 | $45.00 | C001 | 000 | | N | | | MAA |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 5/16/2017 | 3:06 PM | ECOMP | COMPLAINT E-FILED. | BRO212 |
| 5/16/2017 | 3:08 PM | FILE | FILED THIS DATE: 05/16/2017 (AV01) | AJA |
| 5/16/2017 | 3:08 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 5/16/2017 | 3:08 PM | ASSJ | ASSIGNED TO JUDGE: EDDIE HARDAWAY (AV01) | AJA |
| 5/16/2017 | 3:08 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 5/16/2017 | 3:08 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | AJA |
| 5/16/2017 | 3:08 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 5/16/2017 | 3:08 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 5/16/2017 | 3:08 PM | C001 | C001 PARTY ADDED: PAUL EVA (AV02) | AJA |
| 5/16/2017 | 3:08 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 5/16/2017 | 3:08 PM | C001 | LISTED AS ATTORNEY FOR C001: BROOKS GERALD CLARK | AJA |
| 5/16/2017 | 3:08 PM | C001 | C001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 5/16/2017 | 3:08 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 5/16/2017 | 3:08 PM | D001 | D001 PARTY ADDED: WEST ROCK (AV02) | AJA |
| 5/16/2017 | 3:08 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 5/16/2017 | 3:08 PM | D001 | CERTIFIED MAI ISSUED: 05/16/2017 TO D001 (AV02) | AJA |
| 5/16/2017 | 3:08 PM | D001 | D001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 5/22/2017 | 3:38 PM | DAT3 | FOR: PRETRIAL CONFERENCE ON 08/17/2017 @ 0100P | DER |
| 5/24/2017 | 4:16 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | BRO212 |
| 5/25/2017 | 8:47 AM | D001 | SERVICE OF CERTIFIED MAI ON 05/19/2017 FOR D001 | MAS |

**END OF THE REPORT**

ELECTRONICALLY FILED
5/16/2017 3:06 PM
35-CV-2017-900034.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
MATTIE ATKINS, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93 Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>35<br>Date of Filing:<br>05/16/2017 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA**
**EVA PAUL v. WEST ROCK**

**First Plaintiff:** ☐ Business ☑ Individual   **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other                           ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
BRO212        5/16/2017 3:06:50 PM              /s/ GERALD C. BROOKS JR.
              Date                               Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
5/16/2017 3:06 PM
35-CV-2017-900034.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
MATTIE ATKINS, CLERK

## IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

| | |
|---|---|
| EVA PAUL, ) | |
|     Plaintiff, ) | |
| vs. ) | CASE NO.: CV-17_____ |
| ) | JURY TRIAL DEMANDED |
| WESTROCK; and ) | |
| Fictitious Defendants "A," "B," and "C," ) | |
| whether singular or plural, those other ) | |
| persons, corporations, firms or other ) | |
| entities whose wrongful conduct caused the ) | |
| injuries and damages to the Plaintiff, all of ) | |
| whose true and correct names are unknown ) | |
| to Plaintiff at this time but will be added by ) | |
| amendment when ascertained, ) | |
| Defendants. ) | |

## COMPLAINT

### COUNT I

1. Plaintiff, Eva Paul, is over the age of majority and is a resident citizen of Greene County, Alabama.

2. Defendant, West Rock, (hereinafter "West Rock" or "Defendants") is a foreign limited liability company organized under the laws of the State of Georgia, and doing business in the State of Alabama, at 200 Totom Avenue, Eutaw, Alabama 35462. West Rock's registered agent is Corporation Service Company, Inc. and may be served at: 641 South Lawrence Street, Montgomery, AL 36104.

3. Fictitious Defendants "A", "B", and "C" whether singular or plural, are those other person, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time but will be substituted by amendment when ascertained.

4. The term Defendants as used herein shall refer collectively to Defendant West Rock and Fictitious Defendants "A-C."

5. On or about March 10, 2016, Plaintiff was an invitee of West Rock, located at 200 Totom Avenue, Eutaw, Alabama 35462.

6. On or about March 10, 2016, Defendants negligently and/or wantonly caused or allowed a dangerous condition to exist and failed to warn the Plaintiff that the dangerous condition existed. As a result of Defendants' negligence and/or wantonness in allowing the dangerous condition to exist, Plaintiff was caused to fall down onto the surface and sustain injury. Defendants had actual or constructive notice that the dangerous condition existed and failed

to remedy the same resulting in Plaintiff's injuries.

7. More specifically, Defendants breached their lawful duty owed to the Plaintiff in failing to exercise reasonable care in the maintenance of the area, which resulted in the aforesaid injury to the Plaintiff. In addition, Defendants failed to remedy the dangerous condition which existed on the premises by failing to warn the Plaintiff of the danger.

8. As a proximate consequence of the Defendants' negligence and/or wantonness, the Plaintiff was caused to suffer the injuries and damages.

WHEREFORE, as a direct and proximate result of such negligence and/or wantonness, Plaintiff asserts a claim for judgment for all compensatory damages and punitive damages against the Defendants and all fictitious party Defendants in an amount to be determined by the trier of fact, plus costs and other relief to which Plaintiff is entitled by law.

## COUNT II

9. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

10. Fictitious Defendants "A", "B", and "C", are also liable under the foregoing counts and theories.

11. As a proximate consequence of the negligence and/or wantonness, Plaintiff was injured and damaged as alleged in the foregoing paragraphs above.

WHEREFORE, as a direct and proximate result of such negligence and/or wantonness, Plaintiff asserts a claim for judgment for all compensatory damages and punitive damages against the Defendants and all fictitious party Defendants in an amount to be determined by the trier of fact, plus costs and other relief to which Plaintiff is entitled by law.

Respectfully Submitted,

/s/ Gerald Brooks
Gerald Brooks (BRO212)
Attorney for Plaintiff

/s/ Tia Turpen
TIA TURPEN (ALE046)
Attorney for Plaintiff

OF COUNSEL:
Gerald Brooks, Esq.
**SERIOUS INJURY LAW GROUP, P.C.**
One Chase Corporate Drive
Suite 400
Birmingham, AL 35244

Phone: (205) 206-7070 / Fax: (205) 206-7071
gerald@seriouslawyers.com

Defendant may be served at:

West Rock
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104.



AlaFile E-Notice

35-CV-2017-900034.00

To: GERALD C. BROOKS JR.
gerald@seriouslawyers.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

EVA PAUL V. WEST ROCK
35-CV-2017-900034.00

The following complaint was FILED on 5/16/2017 3:06:21 PM

Notice Date:   5/16/2017 3:06:21 PM

MATTIE ATKINS
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
mattie.atkins@alacourt.gov



AlaFile E-Notice

35-CV-2017-900034.00

To: WEST ROCK
C/O CORPORATIONSERVICECO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

EVA PAUL V. WEST ROCK
35-CV-2017-900034.00

The following complaint was FILED on 5/16/2017 3:06:21 PM

Notice Date:    5/16/2017 3:06:21 PM

MATTIE ATKINS
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
mattie.atkins@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>35-CV-2017-900034.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA**
**EVA PAUL V. WEST ROCK**

**NOTICE TO:** WEST ROCK, C/O CORPORATIONSERVICECO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GERALD C. BROOKS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. Box 11492, Birmingham, AL 35202

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of EVA PAUL pursuant to the Alabama Rules of the Civil Procedure.

| 5/16/2017 3:06:21 PM | /s/ MATTIE ATKINS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ GERALD C. BROOKS JR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____
*(Name of Person Served)* *(Name of County)* *(Date)*

_____    _____    *(Address of Server)*
*(Type of Process Server)*            *(Server's Signature)*

                                       _____    _____
                                       *(Server's Printed Name)*        *(Phone Number of Server)*

ELECTRONICALLY FILED
5/24/2017 4:16 PM
35-CV-2017-900034.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
MATTIE ATKINS, CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

West Rock
c/o Corporation Service Company
641 S. Lawrence Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _CSC_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lawkns
C. Date of Delivery: 5/G

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Priority Mail Express
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7014 1820 0000 1357 8812

PS Form 3811, July 2013    Domestic Return Receipt



AlaFile E-Notice

35-CV-2017-900034.00

To: GERALD C. BROOKS JR.
gerald@seriouslawyers.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

EVA PAUL V. WEST ROCK
35-CV-2017-900034.00

The following RETURN ON SERVICE - SERVED was FILED on 5/24/2017 4:16:55 PM

Notice Date:    5/24/2017 4:16:55 PM

MATTIE ATKINS
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
mattie.atkins@alacourt.gov



AlaFile E-Notice

35-CV-2017-900034.00

To: WEST ROCK (PRO SE)
C/O CORPORATIONSERVICECO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

EVA PAUL V. WEST ROCK
35-CV-2017-900034.00

The following RETURN ON SERVICE - SERVED was FILED on 5/24/2017 4:16:55 PM

Notice Date:    5/24/2017 4:16:55 PM

MATTIE ATKINS
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
mattie.atkins@alacourt.gov



AlaFile E-Notice

35-CV-2017-900034.00

To: GERALD C. BROOKS JR.
gerald@seriouslawyers.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

EVA PAUL V. WEST ROCK
35-CV-2017-900034.00

The following RETURN ON SERVICE - SERVED was FILED on 5/24/2017 4:16:55 PM

Notice Date: 5/24/2017 4:16:55 PM

MATTIE ATKINS
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
mattie.atkins@alacourt.gov